IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  05-cv-00060-ZLW-OES

MICKEY ST. CLAIR,

      Plaintiff,

v.

FRONTIER AIRLINES, INC., a Colorado Corporation, and
FRONTIER AIRLINES PILOTS ASSOCIATION,

      Defendants.
_____

ORDER
_____

      This matter came before the Court on June 23, 2005, for a hearing on Defendant Frontier Airlines, Inc.'s Motion To Dismiss.  The Court also considered Plaintiff's Unopposed Motion For Extension Of Time To File Response Brief.  The Court heard the arguments and statements of counsel, and made oral conclusions of law which are incorporated herein by reference as if fully set forth.  Accordingly, it is

      ORDERED that Defendant Frontier Airlines, Inc.'s Motion To Dismiss is converted to a Fed. R. Civ. P. 12(b)(6) motion as to the Second and Fourth Claims.  It is

      FURTHER ORDERED that the motion is denied as to the Second, Third, and Fourth Claims for Relief with leave to raise the issues in a Fed. R. Civ. P. 56 motion.  It is

      FURTHER ORDERED that the Court accepts and grants Plaintiff's oral motion to amend the Sixth Claim for Relief.  It is

FURTHER ORDERED that Plaintiff may file an amended complaint on or before July 13, 2005.  It is

FURTHER ORDERED that the motion is denied as to the Sixth Claim for Relief with leave to raise the issue in an appropriate motion after Plaintiff amends the Complaint.  It is

FURTHER ORDERED that the parties may have discovery as permitted by Magistrate Judge Schlatter.  It is

FURTHER ORDERED that, for good cause shown, Plaintiff's Unopposed Motion For Extension Of Time To File Response Brief is granted to and including July 22, 2005.  It is

FURTHER ORDERED that Defendant Frontier Airlines Pilots Association may file a reply brief in support of its Motion For Judgment On The Pleadings . . . on or before August 5, 2005.

DATED at Denver, Colorado, this  24th , day of June, 2005.

BY THE COURT:

s/Zita L. Weinshienk

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court