IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 05-cv-0060-ZLW-OES

MICKEY ST. CLAIR,

    Plaintiff,

v.

FRONTIER AIRLINES, INC., a Colorado Corporation, and
FRONTIER AIRLINES PILOTS ASSOCIATION,

    Defendants.

_____

ORDER
_____

    This matter came before the Court on October 18, 2005, for a hearing on the Motion For Judgment On The Pleadings Under FRCP 12(c) By The Frontier Airlines Pilots Association (Doc. #27).  The Court heard the arguments and statements of counsel, and made oral conclusions of law which are incorporated herein by reference as if fully set forth.  Accordingly, it is

    ORDERED that the Motion For Judgment On The Pleadings Under FRCP 12(c) By The Frontier Airlines Pilots Association is denied in part and granted in part.  It is

    FURTHER ORDERED that the motion is denied as to the First Claim for Relief.  It is

FURTHER ORDERED that the motion is granted as to the Fifth Claim for Relief and the Fifth Claim for Relief is dismissed.

DATED at Denver, Colorado, this   24   day of October, 2005.

BY THE COURT:


s/ Zita L. Weinshienk
_____
ZITA L. WEINSHIENK,  Senior Judge
United States District Court