IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  05-cv-0060-ZLW-OES

MICKEY ST. CLAIR,

      Plaintiff,

v.

FRONTIER AIRLINES, INC., a Colorado Corporation, and
FRONTIER AIRLINES PILOTS ASSOCIATION,

      Defendants.
_____

ORDER DISMISSING CERTAIN DEFENDANT
_____

      The matter before the Court if Plaintiff's Motion To Dismiss Plaintiff's Claims
Against Defendant Frontier Airlines, Inc., Only, wherein the Court is advised that the
motion is unopposed.  In consideration thereof, it is

      ORDERED that the Complaint and cause of action are dismissed, with prejudice,
as to Defendant Frontier Airlines, Inc., only, the parties to pay their own costs and
attorney fees.  It is

      FURTHER ORDERED, that, in the future, the case caption shall be amended to
reflect the dismissal of Defendant Frontier Airlines, Inc.

      DATED at Denver, Colorado, this   29   day of   March  , 2006.

BY THE COURT:

_____
ZIta L. Weinshienk, Senior Judge
United States District Court