IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00060-ZLW-MEH

MICKEY ST. CLAIR,

    Plaintiff,

v.

FRONTIER AIRLINE PILOTS ASSOCIATION,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 8, 2006.**

    For good cause shown, the Unopposed Motion to Amend Scheduling Order [Filed August 3, 2006; Docket #58] is **granted.** The Scheduling Order entered by the Court on April 27, 2006 (Docket #56), is amended as follows:

1. Paragraph 7(e) is amended to show that Plaintiff will depose Jim Allen and Jeff Thomas on or before September 22, 2006.

2. Paragraph 7(b) is amended to change the discovery cutoff date to and including September 29, 2006.

All other deadlines remain in full force and effect as set forth in the Scheduling Order.