IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00060-ZLW-MEH

MICKEY ST. CLAIR,

    Plaintiff,

v.

FRONTIER AIRLINE PILOTS ASSOCIATION,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 26, 2006.**

For good cause shown, the Unopposed Motion to Amend Scheduling Order [Filed September 22, 2006; Docket #61] is **granted.** The Scheduling Order entered by the Court on April 27, 2006 (Docket #56), which has previously been amended on August 8, 2006 (Docket #60), is further amended as follows:

- Discovery Cutoff:	October 10, 2006
- Dispositive Motion Deadline:	December 1, 2006

All other deadlines remain in full force and effect as set forth in the Scheduling Order.