IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  05-cv-00060-ZLW-MEH

MICKEY ST. CLAIR,

    Plaintiff,

v.

FRONTIER AIRLINES PILOTS ASSOCIATION,

    Defendant.
_____

**ORDER**
_____

    The matter before the Court on a Joint Motion To Hold Case In Abeyance Until After Completion Of Appeal.  In consideration thereof, it is

    ORDERED that the matter is held in abeyance pending the completion of Plaintiff's criminal appeal in the Colorado Court of Appeals (case number 06-CA-338).  It is

    FURTHER ORDERED that Defendant's Motion For Summary Judgment (Doc. No. 75) is held in abeyance until Plaintiff's criminal appeal has concluded.  Plaintiff shall file a response to Defendant's Motion within twenty days after the appeal is finalized.  It is

    FURTHER ORDERED that Plaintiff shall file a status report with this Court on or before May 12, 2007.[1]

---

[1] The parties also request the Court to vacate the trial date of April 2, 2007.  The Court finds this trial date was never set with this Court; therefore, no trial needs to be vacated.

DATED at Denver, Colorado, this   12   day of December, 2006.

BY THE COURT:

*[signature: Zita L. Weinshienk]*

_____

Zita L. Weinshienk, Senior Judge
United States District Court

2