IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 05-cv-00060-ZLW-MEH

MICKEY ST. CLAIR,

    Plaintiff,

v.

FRONTIER AIRLINES PILOTS ASSOCIATION,

    Defendant.

_____

**ORDER**
_____

By Order of December 12, 2006 (Doc. No. 79), this matter was stayed pending the completion of Plaintiff's criminal appeal in state court. Plaintiff's status report filed November 14, 2008 (Doc. No. 88) indicates that the appeals process has concluded. Accordingly, it is

ORDERED that the stay entered December 12, 2006 is lifted. It is

FURTHER ORDERED that Plaintiff's response to Defendant's Motion For Summary Judgment (Doc. No. 75) is due by December 19, 2008

DATED at Denver, Colorado, this 20th day of November, 2008.

                BY THE COURT:

                _____
                ZITA L. WEINSHIENK, Senior Judge
                United States District Court