IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 05-cv-00060-ZLW-MEH

MICKEY ST. CLAIR,

    Plaintiff,

v.

FRONTIER AIRLINES PILOTS ASSOCIATION,

    Defendant.

---

ORDER OF DISMISSAL WITH PREJUDICE

---

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), it is

ORDERED that this case and cause of action is dismissed with prejudice, the parties to pay their own costs and attorney fees.

DATED at Denver, Colorado, this 19th day of December, 2008.

    BY THE COURT:

    *[signature]*

    ZITA L. WEINSHIENK, Senior Judge
    United States District Court